UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Education Management Services, LLC, | § § | |
| Plaintiff, | § | NO: SA:15-CV-00075-DAE |
| vs. | § § | |
| Michael J. Tracey, | § § | |
| Defendant. | § § | |

# ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for hearing on Defendant's Motion to Dismiss (Dkt no. 3) before Senior United States District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Thursday, April 02, 2015 at 10:00 AM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas February 10, 2015.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE