# EDUCATION MANAGEMENT SERVICES, LLC

2935 THOUSAND OAKS #6-285, SAN ANTONIO, TX 78247

Nathaniel Corbett
Direct Dial: 210-526-0950
Direct Fax: 210-568-4493
Email: NathanC@teamarmando.com

March 9, 2015

The Honorable David A. Ezra
U.S. District Court for the Western District of Texas
San Antonio Division
655 E. Cesar E. Chavez Blvd.
San Antonio, TX 78206

Re:   Case No. 5:15-cv-00075-DAE; *Education Management Services, LLC, v. Michael J. Tracey*; In the United States District Court for the Western District of Texas San Antonio Division.

Dear Judge Ezra,

Please accept this letter as notice that I, Nathaniel Corbett, SBN/Fed. ID: 24077165, Plaintiff's counsel, will be on vacation between the dates of March 13, 2015, through March 22, 2015. I will be out of the country and will not have a reliable or secure form of communication.

I am pleased to provide any further information or respond to any issues the Court may require.

Kindest Regards,

Nathaniel Corbett

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, has been served pursuant to the electronic filing requirements of the United States District Court for the Western District of Texas on this March 9, 2015, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

Nathaniel Corbett

ANDREW J. MOON
General Counsel
Direct: 210.501.0077
Facsimile: 210.568.4493

NATHANIEL CORBETT
Corporate Counsel
Direct: 210.526.0950
Facsimile: 210.568.4493