UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Education Management Services, LLC, | § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | NO:  SA:15-CV-00075-DAE |
| Michael J. Tracey, | | |
| Defendant. | | |

## SCHEDULING ORDER

Parties were ordered to submit joint scheduling recommendations to the Court within 30 days (Dkt no. 5).  No recommendations were received by the Court, therefore the following dates are entered to control the course of this case:

1.  A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **June 11, 2015.**

2.  The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **July 24, 2015**, and each opposing party shall respond, in writing, by **August 13, 2015.**

3.  The parties shall file all motions to amend or supplement pleadings or to join additional parties by **July 02, 2015**.

4.  All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **July 02, 2015**.  Parties resisting claims for relief shall file their designation testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **September 04, 2015.** All designations of rebuttal experts shall be designated within fourteen (14) days of receipt of the report of the opposing expert.

5.  An objection to the reliability of an expert's proposed testimony under

Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within thirty (30) days of receipt of the written report of the expert's proposed testimony, or within thirty (30) days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **October 20, 2015**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **November 10, 2015**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e). **If parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

8. The hearing on dispositive motions will be set by the Court after all responses and replies have been filed.

9. The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16(e)-(g) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

IT IS SO ORDERED.

DATED: San Antonio, Texas, April 30, 2015.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE