UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Education Management Services, LLC, | § § | |
| Plaintiff, | § § | NO:  SA:15-CV-00075-DAE |
| vs. | § § | |
| Michael J. Tracey, | § § | |
| Defendant. | § § | |

## ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for hearing on Plaintiff's Motion to Compel Arbitration (Dkt no. 23) before Senior U. S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Tuesday, June 30, 2015 at 09:00 AM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas May 29, 2015.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE